Order issued December _21_ , 2012

005335



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00892-CV

AMERICAN HERITAGE CAPITAL, LP, Appellant

V.

ALAN GONZALES, ET AL., Appellees

## ORDER

We **GRANT** appellant's December 18, 2012 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before January 21, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE